# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN CABBAGESTALK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 14-1677 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Cynthia Reed Eddy |
| UNITED STATES OF AMERICA ) | |
| WESTERN DIST, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636, and Local Rule of Civil Procedure 72.

On January 23, 2015, the Magistrate Judge issued a Report (Doc. 2) recommending that this case be transferred, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Northern District of New York. Service of the Report and Recommendation was made on Plaintiff, and, on February 12, 2015, Plaintiff filed a written statement indicating that he had no objection to the transfer. *See* Doc. 3.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED FORTHWITH to United States District Court for the Northern District of New York. The Magistrate Judge's Report and Recommendation hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


February 12, 2015                                             s\Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge


cc (via First-Class U.S. Mail):

Marvin Cabbagestalk
DU-6337
301 Institution Drive
Bellefonte, PA  16823